# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JULIET GRAHAM-KILBY, | : |
| | : |
|    Plaintiff, | :   Case No.: 1:22-cv-01221-LMM-CCB |
| | : |
| v. | : |
| | : |
| J.P. MORGAN CHASE, N.A., *et al.*, | : |
| | : |
|    Defendants. | : |

## DEFENDANT AUCTION.COM, LLC'S MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT

Pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), Defendant Auction.com, LLC ("Auction.com") files this its Motion to Dismiss the Verified Complaint (the "Complaint") filed by Plaintiff Juliet Kilby a/k/a Juliet Graham-Kilby ("Plaintiff"). In support of this Motion to Dismiss, Auction.com submits contemporaneously herewith its Memorandum of Law in Support of its Motion to Dismiss, which sets forth argument and citations of authority in support of this Motion to Dismiss.

RESPECTFULLY SUBMITTED, this the 4th day of April, 2022.

**[SIGNATURE ON FOLLOWING PAGE]**

1

112900390v.3

**LOCKE LORD LLP**

*/s/Steven J. Flynn*
Steven J. Flynn
Georgia Bar No. 313040
*steven.flynn@lockelord.com*
Terminus 200, Suite 1200
3333 Piedmont Road, N.E.
Atlanta, GA  30305
(404) 870-4600 (Tel.)
(404) 872-5547 (Fax)
*Attorney for Defendant Auction.com, LLC*

## CERTIFICATION

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

RESPECTFULLY SUBMITTED, this the 4th day of April, 2022.

       **LOCKE LORD LLP**

       */s/Steven J. Flynn*
       Steven J. Flynn
       Georgia Bar No. 313040
       *steven.flynn@lockelord.com*
       Terminus 200, Suite 1200
       3333 Piedmont Road, N.E.
       Atlanta, GA  30305
       (404) 870-4600 (Tel.)
       (404) 872-5547 (Fax)
       *Attorney for Defendant Auction.com, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT AUCTION.COM, LLC'S MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT** has been filed with the Court's ECF system, which will serve a copy of this filing upon all counsel of record, and by United States Mail, First-Class, postage pre-paid, addressed as follows:

>Juliet Graham-Kilby
>P.O. Box 50613
>Atlanta, Georgia 30302
>*Plaintiff Pro Se*

RESPECTFULLY SUBMITTED, this the 4th day of April, 2022.

>**LOCKE LORD LLP**
>
>*/s/Steven J. Flynn*
>Steven J. Flynn
>Georgia Bar No. 313040
>*steven.flynn@lockelord.com*
>Terminus 200, Suite 1200
>3333 Piedmont Road, N.E.
>Atlanta, GA  30305
>(404) 870-4600 (Tel.)
>(404) 872-5547 (Fax)
>*Attorney for Defendant Auction.com, LLC*

112900390v.3